# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH TIMMONS,** | : | **CIVIL NO. 1:17-CV-95** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **R.A. PERDUE,** | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 25th day of April, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania